```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     SOUTHERN DIVISION
```

**CATHY L. TOOLE**                                              **PLAINTIFF**

VS.                             CIVIL ACTION NO. 1:14-cv-415-WHB-JCG

**PRESIDENT BARAK OBAMA, ET AL.**                              **DEFENDANTS**

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Opinion and Order by which Plaintiff's Complaint was found to be frivolous for the purpose of dismissal under 28 U.S.C.§ 1915:

IT IS THEREFORE ORDERED that this case is hereby dismissed, with prejudice.

SO ORDERED this the 13th day of January, 2015.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE